UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DWAYNE WOODS, ) | |
| ) | |
| Petitioner, ) | No. 1:14-CV-87 JAR |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Petitioner's motion for extension of time to file a reply in support of his §2255 habeas petition (ECF No. 8). Therein, Petitioner asks for additional time to respond to the Government's Response to Movant's Section 2255 Petition, and Government's Motion to Dismiss the Same.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for extension of time to file a reply in support of his §2255 habeas petition [8] is **GRANTED**, in part. Petitioner shall file any reply brief within 60 days of the date of this Order.

Dated this 26th day of September, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**