UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DWAYNE WOODS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 1:14-CV-87-JAR |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Second Motion for Extension of Time that the Court construes as both a Motion for Extension of Time and a Motion for Copies (Doc. 12). Petitioner requests an additional 21 days to respond to the Government's response. He indicates that he has not yet received the paperwork his attorney sent to his mother. He further requests his co-defendants' statements. Petitioner has also filed a supplement to his petition (Doc. 13). Petitioner's reply was due on or before November 25, 2014 (Doc. 9). The Court cannot ascertain if Petitioner intended this supplement as his reply to the Government's response. Petitioner was not granted leave by this Court to file a supplement to his petition. To the extent that Petitioner's Motion seeks copies of statements, the Court is unable to determine the co-defendant statements Petitioner requests.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Supplement (Doc. 13) is **STRICKEN** and will not be considered by the Court. If Petitioner wishes to supplement his motion, he may file a

motion for leave to file a supplement to the petition. This motion must include, as an attachment, the proposed supplement for the Court's consideration.

**IT IS FURTHER ORDERED** that Petitioner's Second Motion for Extension of Time is **GRANTED in part** and **DENIED in part**. Petitioner shall file his reply brief on or before **January 15, 2015.** Absent extraordinary circumstances, the Court will not grant any further extensions of time. Petitioner's request for copies of statements is denied at this time.

Dated this 8th day of December, 2014.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE