UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE WOODS, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 1:14-CV-87-JAR |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's Motion to Amend 2255 (Doc. 15). Petitioner requests the Court consider the cases of *United States v. Davison*, 761 F.3d 683 (7th Cir. 2014) and *United States v. Miller*, 738 F.3d 361 (D.C. Cir. 2013). Petitioner's motion appears to also be his "amendment." As an amendment would replace Petitioner's original motion, the Court will instead construe this short motion as one to supplement. That same date, the Court issued an order (Doc. 14) regarding Petitioner's Motion for Extension of Time (Doc. 13) in which it instructed Petitioner to file a reply on or before January 15, 2015. Petitioner maintains the opportunity to do so.

Accordingly, **IT IS HEREBY ORDERED** that Motion to Amend (Doc. 15) that the Court construes as a Motion to Supplement is **GRANTED**. The Court will review the information provided by Petitioner in his Motion when it reviews his Section 2255 Petition.

Dated this 23rd day of December, 2014.

*/s/ John A. Ross*
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE