UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| DWAYNE WOODS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 1:14-CV-87-JAR |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's letter (Doc. 22) indicating that he would like to drop his 2255 motion without prejudice. The Court construes Petitioner's letter to be a motion to dismiss his case without prejudice. For the reasons stated and for other reasons apparent from the record,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Dismiss (Doc. 22) is **GRANTED** and this action is **DISMISSED, without prejudice.** A separate order of dismissal will accompany this order.

Dated this 4th day of November, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE